Frank S. Hedin (SBN 291289)
Hedin LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiffs and Putative Classes*

STACEY GILMAN (SBN 186396)
sgilman@berkowitzoliver.com
LAUREN TALLENT (*pro hac vice forthcoming*)
ltallent@berkowitzoliver.com
THOMAS P. SCHULT (*pro hac vice forthcoming*)
tschult@berkowitzoliver.com
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

*Counsel for Sun Bum LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA FAHEY; and KEVIN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN BUM LLC,<br><br>Defendant. | Case No. 3:25-cv-02263-H-SBC<br><br>Hon. District Judge Marilyn L. Huff<br>Hon. Magistrate Judge Steve B. Chu<br><br>**JOINT MOTION REQUESTING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT PURSUANT TO L.R. 7.2 AND 12.1** |

  Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 7.2 and 12.1, Plaintiffs Andrea Fahey and Kevin Smith ("Plaintiffs") and Defendant Sun Bum LLC ("Sun Bum"), by and through their respective counsel, hereby jointly move as follows, and respectfully request Court approval of the same:

  WHEREAS, on August 29, 2025, Plaintiffs filed the Complaint [Dkt. 1] initiating this action;

  WHEREAS, on September 25, 2025, Defendant Sun Bum executed a waiver of service [Dkt. 3];

WHEREAS, on October 16, 2025, Plaintiffs filed the First Amended Complaint [Dkt. 4];

WHEREAS, Defendant's deadline to answer or otherwise respond to the First Amended Complaint is November 24, 2025;

WHEREAS, the Parties have agreed to early mediation, to assess whether the underlying claims can be resolved and that mediation is scheduled for January 22, 2026 before the Honorable James F. Holderman (Ret.) of JAMS (formerly United States District Judge for the Northern District of Illinois);

WHEREAS, Defendant Sun Bum has requested and Plaintiffs have agreed to extend Sun Bum's deadline to respond to the First Amended Complaint up to and including February 12, 2026, to allow completion of the Parties' mediation prior to filing a responsive pleading;

WHEREAS, pursuant to Local Rule 7.2, a proposed order has been submitted separately from this Joint Motion;

WHEREAS, this is Defendant Sun Bum's first request for an extension of time to respond to the First Amended Complaint in this action;

WHEREAS, good cause exists to grant this stipulation and allow the Parties to concentrate on and participate in mediation to explore a potential resolution, thus promoting efficiency and preserving judicial resources; and

WHEREAS, by seeking an extension, Sun Bum does not waive any defense to the First Amended Complaint or otherwise in this action.

NOW, THEREFORE, the Parties, by and through their counsel of record, stipulate and agree that Defendant Sun Bum's deadline to answer or otherwise respond to the First Amended Complaint in this action is extended up to and including February 12, 2026. The Parties hereby respectfully move the Court to grant this Joint Motion and extend the time for Defendant Sun Bum to file its answer or otherwise respond to the First Amended Complaint in this action to February 12, 2026.

Dated: November 19, 2025        Respectfully submitted,

*/s/ Frank S. Hedin*
Frank S. Hedin (SBN 291289)
Hedin LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiffs and Putative Classes*

*/s/ Stacey Gilman*
STACEY GILMAN (SBN 186396)
sgilman@berkowitzoliver.com
LAUREN TALLENT (*pro hac vice forthcoming*)
ltallent@berkowitzoliver.com
THOMAS P. SCHULT (*pro hac vice forthcoming*)
tschult@berkowitzoliver.com
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

*Counsel for Defendant Sun Bum LLC*

JOINT MOTION REQUESTING EXTENSION OF TIME FOR RESPONSIVE PLEADING PENDING COMPLETION OF MEDIATION