**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA FAHEY; and KEVIN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN BUM LLC,<br><br>Defendant. | Case No. 3:25-cv-02263-H-SBC<br><br>**Complaint Served / Waiver of Service Executed: October 27, 2025**<br>**Current Response date: November 24, 2025**<br>**New Response Date: February 12, 2026**<br><br>Hon. District Judge Marilyn L. Huff<br>Hon. Magistrate Judge Steve B. Chu |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT**

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion Requesting Extension of Time to Respond to Plaintiffs' Class Action Complaint is granted. No later than February 12, 2026, Defendant shall file and serve a response to the First Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     By:_____
                                                              Hon. Judge Marilyn L. Huff
                                                              United States District Judge

1

[PROPOSED] ORDER GRANTING JOINT MOTION REQUESTING EXTENSION OF TIME FOR RESPONSIVE PLEADING PENDING COMPLETION OF MEDIATION