UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA FAHEY; and KEVIN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUN BUM LLC,<br><br>Defendant. | Case No.: 3:25-cv-02263-H-SBC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 5] |

On November 19, 2025, the parties filed a joint motion to extend Defendant Sun Bum LLC's time to answer Plaintiffs' complaint. (Doc. No. 5.) For good cause shown, the Court grants the joint motion. Defendants must answer or otherwise respond to Plaintiffs' complaint by **February 12, 2026**.

IT IS SO ORDERED.

DATED: November 24, 2025

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT