Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

Rara Kang (SBN 307236)
rkang@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Lauren Tallent (*pro hac vice* pending)
ltallent@berkowitzoliver.com
BERKOWITZOLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

*Attorneys for Defendant*
*SUN BUM LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA FAHEY; and KEVIN SMITH, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>SUN BUM LLC,<br><br>      Defendant. | Case No. 3:25-cv-02263-H-SBC<br><br>**DEFENDANT SUN BUM LLC'S RESPONSE TO PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT UNDER SEAL**<br><br>Judge:    Hon. Marilyn L. Huff |

Defendant Sun Bum LLC ("Sun Bum") submits this response to Plaintiffs' motion to file under seal an unredacted version of Plaintiffs' Second Amended Class Action Complaint (the "SAC"). Dkt. No. 15.

As explained in Plaintiffs' motion, Sun Bum provided a document to Plaintiffs ahead of the parties' mediation and marked the documents as "CONFIDENTIAL Rule 408 Communication." Dkt. No. 15. Sun Bum provided the document only at Plaintiff's counsel's demand and at the urging of the mediator, and solely for settlement purposes.

The document includes SPF testing results that substantiate the SPF value represented on the Sun Bum product at issue in this litigation. As further explained in the Declaration of James Grundy, public disclosure of the information contained in the document would reveal confidential and proprietary business information regarding Sun Bum's product testing, development practices, and business relationships, and would harm Sun Bum's competitive position in the marketplace. Exhibit 1 at 4. As stated in Plaintiffs' motion, "the contents of the document [that Sun Bum provided under Rule 408 prior to mediation] do serve as the basis for some (but not all) of the facts alleged in paragraphs 33 and 35-37 of the SAC." Dkt. No. 15. Therefore, Sun Bum submits this response motion concurrently with the Declaration of James Grundy to affirm that paragraphs 33 and 35-37, inclusive of footnotes, should be filed under seal.

DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL (25-CV-2263)

Dated: March 12, 2026

SIDLEY AUSTIN LLP

By: /s/ Amy P. Lally

Amy P. Lally

Lauren Tallent (*pro hac vice* pending)
ltallent@berkowitzoliver.com
BERKOWITZOLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108

Attorneys for Defendant
SUN BUM LLC

DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL (25-CV-2263)