# EXHIBIT 1

**04**

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

Rara Kang (SBN 307236)
rkang@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Lauren Tallent (*pro hac vice* pending)
ltallent@berkowitzoliver.com
BERKOWITZOLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

*Attorneys for Defendant*
*SUN BUM LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA FAHEY; and KEVIN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUN BUM LLC,<br><br>Defendant. | Case No. 3:25-cv-02263-H-SBC<br><br>**DECLARATION OF JAMES GRUNDY IN SUPPORT OF DEFENDANT SUN BUM LLC'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL**<br><br>Judge:    Hon. Marilyn L. Huff |

DECLARATION OF JAMES GRUNDY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL (25-CV-2263)

## DECLARATION OF JAMES GRUNDY

I, James Grundy, declare as follows:

1. I am the Executive Director of Global Innovation, Quality, and Regulatory at Sun Bum, LLC ("Sun Bum"). In this role, I oversee matters relating to product formulation, development, testing, quality assurance, and regulatory compliance for Sun Bum's suncare products. I have personal knowledge of the matters stated in this declaration based on my job responsibilities and review of corporate records and could testify competently to them if called as a witness.

2. The suncare industry is highly competitive. Suncare companies compete based on product formulations, product performance, and efficacy, among other things.

3. Information relating to product development, formulas, testing results and methodologies, and efficacy data is highly proprietary within the suncare industry. Such information includes information derived from SPF testing.

4. Companies, including Sun Bum, safeguard this information to avoid competitive harm. Disclosure of this information could provide competitors with insights into product composition, development strategies, and performance characteristics.

5. Sun Bum treats its product formulas, testing data, and product development information as confidential and proprietary. Access to this information is limited within the company and it is not publicly disclosed. Should this information be disclosed to the public, it would harm Sun Bum's competitive position within the market.

6. Sun Bum also maintains the confidentiality of its relationships with certain business partners, including third-party laboratories that conduct testing of Sun Bum products. The identity of these laboratory partners and the nature of those

DECLARATION OF JAMES GRUNDY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL (25-CV-2263)

relationships are kept confidential to avoid providing competitors with competitive intelligence.

7.    It is my understanding that during the mediation process in this matter, Sun Bum shared a document containing certain sunscreen testing data with Plaintiff's counsel solely for purposes of facilitating settlement discussions, not for the purpose of litigation.

8.    Sun Bum did not intend or expect that the document would be used for any purpose outside the mediation process. Nonetheless, because the information contained in the document is highly sensitive and material to Sun Bum's competitive interests, Sun Bum redacted all information other than the specific information Plaintiff's counsel requested during the mediation process.

9.    If Sun Bum were asked to produce the document in discovery, Sun Bum would do so only pursuant to a Court-entered protective order and subject to an appropriate confidentiality designation.

10.    The document contains information and data concerning commercially available Sun Bum products in a highly competitive marketplace.

11.    Public disclosure of the information contained in the document would reveal confidential and proprietary business information regarding Sun Bum's product testing, development practices, and business relationships, and would harm Sun Bum's competitive position in the marketplace.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on March //, 2026.

3

DECLARATION OF JAMES GRUNDY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL (25-CV-2263)



JAMES GRUNDY

DECLARATION OF JAMES GRUNDY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL (25-CV-2263)