Frank S. Hedin (SBN 291289)
Hedin LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA FAHEY; and KEVIN SMITH,<br><br>Plaintiffs,<br>v.<br><br>SUN BUM LLC,<br><br>Defendant. | Case No. 3:25-cv-02263-H-SBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiffs Andrea Fahey and Kevin Smith hereby give notice that this action against Defendant Sun Bum LLC is voluntarily dismissed, in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 27, 2026

Respectfully submitted,

*/s/ Frank S. Hedin*

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiffs*